## BERNARD EDWARDS *v.* BAMBI EDWARDS
## (15688)

Foti, Lavery and Landau, Js.

Argued March 18—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## EILEEN COPPOLA *v.* PAUL J. COPPOLA
## (15559)

O'Connell, Foti and Hennessy, Js.

Argued March 17—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## DONNA M. MCCARTHY *v.* VINCENT P. MCCARTHY
## (15209)

Lavery, Heiman and Hennessy, Js.

Submitted on briefs March 24—officially released April 22, 1997

Per Curiam. The judgment is affirmed.